IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENNIS M. ANDERSON, | ) | 4:11CV3022 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CABELA'S, INC., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 36) is granted, as follows:

Plaintiff shall have until December 15, 2011, to respond to Defendant's motion for summary judgment (filing 28).

December 6, 2011.                BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge